**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CHANDLER TYRELL,<br><br>               Petitioner,<br><br>      v.<br><br>M.D. McDONALD, Warden,<br><br>               Respondent. | ) NO. CV 11-03228 JAK (SS)<br>)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 10, 2012

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE